**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Patricia A. Bonton
In Proper Person
P. O. Box 12372
Alexandria LA 71315

**REHEARING ACTION: September 3, 2014**

**Docket Number: 14   00034-CA**

**PATRICIA A. BONTON**
**VERSUS**
**LOUISIANA WORKFORCE COMMISSION, ET AL.**

**Appealed from Rapides Parish Case No. 247,372**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the **"Application for a Rehearing from Judgment, Dated August 6, 2014"** filed by

**Patricia A. Bonton** is

> **REHEARING NOT CONSIDERED:** This court no longer has jurisdiction over these proceedings. Uniform Rules Court of Appeal 2:18.6 does not allow repetitive rehearing applications from a denial of rehearing. Respondent's Motion for Attorney's Fees is denied.

> _____        _____
> SRC                         MTA

> Painter, J., concurs and would find any further repetitive pleading by Relator sanctionable.

cc: J. Jerome Burden, Counsel for the Appellee
    Daniel G. Brenner, Counsel for the Appellee